No. 02–1394.  YOUNG v. NEW HAVEN ADVOCATE ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 02–1399.  D. A. v. UTAH; and E. A. v. UTAH.  Sup. Ct. Utah.  Certiorari denied.

No. 02–1400.  MANNING v. NEW YORK UNIVERSITY.  C. A. 2d Cir.  Certiorari denied.

No. 02–1407.  CASH v. TENNESSEE.  C. A. 6th Cir.  Certiorari denied.

No. 02–1438.  ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER v. MANNING.  C. A. 8th Cir.  Certiorari denied.

No. 02–1442.  PLATINUM CAPITAL, INC. v. SYLMAR PLAZA, L. P., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–1443.  JENSEN ET AL. v. UNITED STATES;
No. 02–1492.  O'NEILL v. UNITED STATES; and
No. 02–9923.  POWERS v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.  Reported below: 310 F. 3d 542.

No. 02–1449.  IMMACULATE CONCEPTION CORP. ET AL. v. IOWA DEPARTMENT OF TRANSPORTATION.  Sup. Ct. Iowa.  Certiorari denied.

No. 02–1451.  WILSON ET AL. v. HUCKABEE, GOVERNOR OF ARKANSAS, ET AL.  Sup. Ct. Ark.  Certiorari denied.

No. 02–1455.  SHARPENTER v. ILLINOIS.  App. Ct. Ill., 2d Dist. Certiorari denied.

No. 02–1463.  BAILEY v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–1469.  SCHIEDLER-BROWN v. WASHINGTON STATE BAR ASSOCIATION DISCIPLINARY BOARD.  Sup. Ct. Wash.  Certiorari denied.

No. 02–1470.  FUREY v. SNIPAS.  Super. Ct. Pa.  Certiorari denied.